**No. P66/97.**—Chester K. Stoner *v.* United States, protest 60/23028 (New York).

**No. P66/98.**—Mexican Products Co. *v.* United States, protests 65/10253 and 65/10254 (Laredo).

Ford, J. In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of blocked or trimmed palm leaf harvest hats similar in all material respects to those the subject of *Bailey-Mora Co., Inc., a/c Vera Lou, Inc., et al.* v. *United States* (54 Cust. Ct. 55, C.D. 2508), the claim of the plaintiffs was sustained.